1  JOSEPH CLAPP (State Bar No. 99194)
   AIMAN-SMITH & MARCY
2  7677 Oakport Street, Suite 1020
   Oakland, CA  94621
3  Telephone:  (510) 562-6800
   Facsimile: (510) 562-6830
4
   Attorneys for Plaintiff
5  BRYAN MUNOZ

6  IAN P. FELLERMAN (State Bar No. 119725)
   WILEY PRICE & RADULOVICH, LLP
7  1301 Marina Village Parkway, Suite 310
   Alameda, California 94501
8  Telephone:  (510) 337-2810
   Facsimile:   (510) 337-2811
9
   Attorneys for Defendant
10 DMCG, INC., dba
   BAIL HOTLINE BAIL BONDS
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRYAN MUNOZ, | Case No.: C13-02195 SBA |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS ACTION WITH PREJUDICE; AND ORDER |
| v. | |
| DMCG, INC., | |
| Defendant. | |

1   IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, through their

2   respective counsel of record, that Plaintiff's Complaint shall be dismissed with prejudice.

4   Date: August 2, 2013                                       AIMAN-SMITH & MARCY

6                                                              /s/ Joseph Clapp
                                                              JOSEPH CLAPP
7                                                            Attorneys for Plaintiff
                                                              BRYAN MUNOZ

10  Date: August 2, 2013                                    WILEY PRICE & RADULOVICH, LLP

12                                                            /s/ Ian P. Fellerman
                                                            IAN P. FELLERMAN
13                                                         Attorneys for Defendant
                                                              DMCG, INC.

**ORDER**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice.

DATED: August 20, 2013

_____
UNITED STATES DISTRICT COURT JUDGE