1  JOSEPH CLAPP (State Bar No. 99194)
   AIMAN-SMITH & MARCY
2  7677 Oakport Street, Suite 1020
   Oakland, CA  94621
3  Telephone:  (510) 562-6800
   Facsimile: (510) 562-6830
4
   Attorneys for Plaintiff
5  BRYAN MUNOZ

6  IAN P. FELLERMAN (State Bar No. 119725)
   WILEY PRICE & RADULOVICH, LLP
7  1301 Marina Village Parkway, Suite 310
   Alameda, California 94501
8  Telephone:  (510) 337-2810
   Facsimile:   (510) 337-2811
9
   Attorneys for Defendant
10 DMCG, INC., dba
   BAIL HOTLINE BAIL BONDS
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15 | BRYAN MUNOZ,                | Case No.: C13-02195 SBA |
16 |         Plaintiff,           | STIPULATION TO DISMISS ACTION WITH PREJUDICE; AND ORDER |
17 |     v.                       |                         |
18 | DMCG, INC.,                  |                         |
19 |         Defendant.           |                         |

1   IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, through their
2   respective counsel of record, that Plaintiff's Complaint shall be dismissed with prejudice.

4   Date: August 2, 2013                              AIMAN-SMITH & MARCY

6                                                     /s/ Joseph Clapp
7                                                     JOSEPH CLAPP
                                                      Attorneys for Plaintiff
                                                      BRYAN MUNOZ

10  Date: August 2, 2013                              WILEY PRICE & RADULOVICH, LLP

12                                                    /s/ Ian P. Fellerman
13                                                    IAN P. FELLERMAN
                                                      Attorneys for Defendant
                                                      DMCG, INC.

## ORDER

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice.

DATED: August 20, 2013

_____
UNITED STATES DISTRICT COURT JUDGE